IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BLAS G. VARELA,

    Plaintiff,

v.     Case No. 1:15-cv-979 KG/LF

NEW MEXICO DEPARTMENT OF
PUBLIC SAFETY, MERVIN DANIEL,
BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF SAN JUAN,
JOHN AND JANE DOE,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss Defendant Mervin Daniel, the Court having reviewed the submissions of parties and being otherwise fully advised, FINDS that the Motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED THAT Plaintiff's Complaint against Mervin Daniel is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. Rule 41. The parties shall bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

*BROWN LAW FIRM*
*BROWN & GURULÉ*

_/s/ Desiree D. Gurulé, 07/26/2016____
DESIREE D. GURULÉ
Attorney for Defendants
3777 The American Rd. NW, Suite 100
Albuquerque, NM 87114
(505) 292-9677
desiree@brownlawnm.com


Approved:

*GARCIA IVES NOWARA, LLC*

/s/ (approved electronically 07/26/2016)_
George Bach
924 2nd Street NW, Suite A
Albuquerque, NM 87102
(505) 899-1030
george@ginlawfirm.com


Approved:

*Potts & Associates*

/s/ (approved electronically 07/26/2016)_
Amy Glasser
20860 N. Tatum Blvd. #405
Phoenix, AZ 85050
aglasser@travelers.com